Anne Henderson Haws (ISB #10412)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
AHHaws@hollandhart.com

Timothy P. Getzoff (*Pro Hac Vice Forthcoming*)
Darren G. Reid (*Pro Hac Vice Forthcoming*)
J. Randy Roeser (*Pro Hac Vice Forthcoming*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303-473-2700
tgetzoff@hollandhart.com
dgreid@hollandhart.com
jrroeser@hollandhart.com

*Attorneys for Defendant/Counterclaimant Ultra Shelf LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AARON SHEPPARD LLC dba SHEPPARD BRACKETS, an Idaho limited liability company, | Case No. 25-cv-396 |
| Plaintiff/Counter-Defendant, | **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |
| vs. | |
| ULTRA SHELF LLC, an Idaho limited liability company, | |
| Defendant/Counterclaimant. | |

COMES NOW Defendant Ultra Shelf, LLC ("Ultra Shelf" or "Defendant"), by and

through its undersigned counsel, and hereby gives notice of the removal of the above-captioned

action from the District Court of the Seventh Judicial District of the State of Idaho, in and for the

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT - 1

County of Jefferson, Case No. CV26-25-0674, to this United States District Court for the District

of Idaho, and respectfully states as follows:

1. On or about June 27, 2025, Plaintiff Aaron Sheppard LLC dba Sheppard Brackets

filed a Verified Complaint and Demand for Jury Trial against Ultra Shelf in the District Court of

the Seventh Judicial District of the State of Idaho, in and for the County of Jefferson, under Case

No. CV26-25-0674.

2. On July 21, 2025, Ultra Shelf filed its Answer to Verified Complaint and

Counterclaim in the state court action. A true and correct copy of Ultra Shelf's Answer and

Counterclaim is attached hereto as **Exhibit A** and incorporated herein by reference.

3. This Notice of Removal is filed within thirty (30) days after service of the initial

pleading setting forth the claim for relief upon which the action is based, as required by 28

U.S.C. § 1446(b).

4. Ultra Shelf's First Counterclaim alleges patent infringement of U.S. Patent No.

12,268,303 ("the '303 Patent"), which was duly issued by the United States Patent and

Trademark Office on April 8, 2025. Patent infringement claims arise under federal law and are

within the exclusive jurisdiction of the federal courts pursuant to 28 U.S.C. § 1338(a).

5. Pursuant to 28 U.S.C. § 1454, removal of this entire action is appropriate, as

further set forth below.

6. This Court also has original jurisdiction over Ultra Shelf's counterclaim for false

advertising under the Lanham Act pursuant to 15 U.S.C. § 1121.

7. This Court has supplemental jurisdiction over Ultra Shelf's remaining

counterclaims for deceptive trade practices under Idaho Code § 48-603 *et seq.*, and unfair

competition, as these claims are so related to the federal patent infringement claims that they form part of the same case or controversy under Article III of the United States Constitution.

8.      All of Ultra Shelf's counterclaims are compulsory counterclaims that arise out of the same transaction or occurrence as Plaintiff's claims, and Plaintiff's claims are therefore properly removed and before this Court under the doctrine of supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

9.      Plaintiff Aaron Sheppard LLC dba Sheppard Brackets is a limited liability company organized under the laws of the State of Idaho with its principal place of business located at 3849 E 850 N, Rigby, ID 83440.

10.      Defendant Ultra Shelf, LLC is a limited liability company organized under the laws of the State of Idaho with its principal place of business located at 659 N 4128 E, Rigby, ID 83442.

11.      Ultra Shelf is the only defendant in this action. Accordingly, the consent of all defendants to this removal is satisfied.

12.      Attached hereto as part of **Exhibit A** is a true and correct copy of all process, pleadings, and orders served upon Ultra Shelf in the state court action, as required by 28 U.S.C. § 1446(a).

13.      Contemporaneously with the filing of this Notice of Removal, Ultra Shelf will file a copy of this Notice with the Clerk of the District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Jefferson, and will serve a copy upon Plaintiff's counsel, as required by 28 U.S.C. § 1446(d).

14.      No other defendant has been served with process in this action.

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT - 3

15.     WHEREFORE, Ultra Shelf respectfully gives notice of the removal of the above-captioned action from the District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Jefferson, to this United States District Court for the District of Idaho, and respectfully requests that this Court accept jurisdiction over this matter.

DATED:  July 21, 2025

HOLLAND & HART LLP

By:/s/ Anne Henderson Haws
    Anne Henderson Haws
    Timothy P. Getzoff
    Darren G. Reid
    J. Randy Roeser

*ATTORNEYS FOR DEFENDANT ULTRA SHELF, LLC*

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Marvin M. Smith        mmsmith@hawleytroxell.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

N/A

*/s/ Anne Henderson Haws*
Anne Henderson Haws
For HOLLAND & HART LLP